**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VIVIAN FRIETZE,

     **Plaintiff,**

v.                                **No. 12-cv-0584 SMV/CG**

SAFECO INS. CO. OF AMERICA,

     **Defendant.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:     February 19, 2013, at 9:00 a.m.

**Matter to be heard**:  Status conference to set trial

     **IT IS ORDERED** that a telephonic status conference is set for Tuesday, February 19, 2013, at 9:00 a.m.  Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting.  Counsel are reminded to have their calendars available for the hearing.

     Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

     **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**