IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIVIAN FRIETZE,

    Plaintiff,

v.                                                               No. 12-cv-0584 SMV/CG

SAFECO INS. CO. OF AMERICA,

    Defendant.

### ORDER DENYING PLAINTIFF'S MOTION IN LIMINE

THIS MATTER is before the Court on Plaintiff's Motion in Limine to Allow Plaintiff's Expert, Dr. Brian Delahoussaye, to Provide his Opinions [Doc. 76], filed on March 1, 2013. Having reviewed the submissions of the parties [Docs. 76, 80, 81] and the relevant law, having heard oral argument on the motion on April 3, 2013, and for the reasons explained in the Order granting the related motion to strike [Doc. 64], filed concurrently herewith, the Court finds that the motion is not well-taken and should be **DENIED**.

**IT IS THERFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion in Limine to Allow Plaintiff's Expert, Dr. Brian Delahoussaye, to Provide his Opinions [Doc. 76] is **DENIED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**