IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIVIAN FRIETZE,

    Plaintiff,

v.                                          No. 12-cv-0584 SMV/CG

SAFECO INS. CO. OF AMERICA,

    Defendant.

### ORDER AMENDING PRETRIAL CONFERENCE SETTING

THIS MATTER is before the Court sua sponte. The Court's Order Setting Pretrial Motions Hearing, Pretrial Conference, Jury Selection, and Jury Trial [Doc. 74] is **AMENDED** to reflect the following change only:

The Pretrial Conference will be held on **Monday, September 30, 2013, at 10:00 a.m.** in the Doña Ana Courtroom, third floor, United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico. Lead trial counsel must be present for the Pretrial Conference. The parties need not be present

    **IT IS SO ORDERED**.

                                                            _____

                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**